UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ROBYNE WENTE,

    Plaintiff,

v.

SDH EDUCATION WEST, LLC,

    Defendants.                      No. 14-cv-970-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 13, 2015 (Doc. 23), this case is **DISMISSED** with prejudice.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                BY:      */s/Caitlin Fischer*
                                                **Deputy Clerk**

Dated:  June 16, 2015

                              Digitally signed by David R. Herndon
                              Date: 2015.06.16 11:20:05 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT